UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BETH CONNELLY,<br><br>PLAINTIFF,<br><br>v.<br><br>AMAZON.COM, INC. AND TENMARKS EDUCATION LLC,<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. NO. 1:19-cv-10713-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1</u>**

Pursuant to Rule 7.1, Defendant Amazon.com, Inc. through its attorneys, Littler Mendelson, P.C., hereby discloses that Amazon.com, Inc. is a publicly traded company with the stock symbol AMZN.  Tenmarks Education, LLC, the other Defendant is an indirect wholly-owned subsidiary of Amazon.com, Inc.  No other publicly traded-company owns more than 10% of Defendants' stock.

                                                     Respectfully submitted,

                                                     AMAZON.COM, INC. AND TENMARKS EDUCATION LLC,

                                                     By their attorneys,

                                                     /s/ Michael Mankes
                                                   Michael Mankes (Bar No. 662127)
                                                   LITTLER MENDELSON, P.C.
                                                   One International Place, Suite 2700
                                                   Boston, MA  02110
                                                   Phone 617.378.6000
                                                   Fax 617.737.0052
June 3, 2019                                      mmankes@littler.com

## **CERTIFICATE OF SERVICE**

I, Michael Mankes, hereby certify that, on this 3rd day of June, 2019, the foregoing Answer was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ Michael Mankes
Michael Mankes

FIRMWIDE:164519050.1 090069.1191